IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-rj-000012-BNB

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEPHANIE L. HARRINGTON-CLEMENTS,

Defendant.

and

MEDICAL MEDIA,

Garnishee.
_____

## ORDER
_____

This matter is before me on the **Motion to Dismiss Writ of Garnishment** [Doc. # 12, filed 2/15/2008] (the "Motion") by the United States.

IT IS ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the hearing set on the defendant's claim of exemption set for February 20, 2008, at 9:30 p.m., is VACATED.

Dated February 19, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge